AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | **UNDER SEAL** |
| Travis James Muckelroy | ) | Case No. 2:21mj282 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of May 14-17, 2021 and April 8, 2021 in the county of Newport News and elsewhere in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1470 | Transfer of Obscene Material to a Minor |
| 18 U.S.C. § 2251(a) | Production of Visual Depictions of Minors Engaging in Sexually Explicit Conduct |
| 18 U.S.C. § 2252(a)(2) | Receipt/Distribution of Visual Depictions of Minors Engaging in Sexually Explicit Conduct |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Matthew Heck, SAUSA

*Complainant's signature*
Lisa Carroll, Special Agent, NCIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/12/2021

*Judge's signature*

City and state: Norfolk, VA

Honorable Lawrence R. Leonard
*Printed name and title* US Magistrate Judge