## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ISSUANCE OF CRIMINAL COMPLAINT AND ARREST WARRANT

Your affiant, Special Agent Lisa Carroll, being duly sworn and deposed, states as follows:

## INTRODUCTION

1. I have been employed as a Special Agent with the NCIS since September of 2017. I am a Task Force Officer with Homeland Security Investigations (HSI) and the Internet Crimes Against Children (ICAC) Eastern Virginia region. I am a graduate of the NCIS Special Agent Basic Training Program and Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia where I received training in areas including civilian criminal law, the Uniform Code of Military Justice (UCMJ), interviews and interrogations, crime scene processing, defensive tactics, and various investigative techniques. I have since specialized in child exploitation, particularly in internet crimes against children, such as online solicitation of children and child pornography. I have training in proactive peer-to-peer child pornography investigations as well as undercover online child exploitation chat and solicitation. As part of my daily duties as a NCIS agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. § 2251 and 2252A. Prior to my employment with NCIS, I was an Adult Protective Investigator with Florida's Department of Children and Families and have additional training and experience in sexual abuse and exploitation among children, disabled adults, and the elderly.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is being made in support of a criminal complaint and application for an arrest warrant for **Travis James MUCKELROY** who is suspected of violations of 18 U.S.C. §§ 1470 (transfer of obscene material to a minor), 2251(a) (production of visual depictions of minors engaging in sexually explicit conduct), 2252(a)(2) (receipt or distribution of images depicting minors engaging in sexually explicit conduct), and 2252(a)(4)(B) (possession of visual depictions of minors engaging in sexually explicit conduct) offenses which occurred in the Eastern District of Virginia and elsewhere.

## BACKGROUND OF THE INVESTIGATIVE TEAM

4. This ongoing investigation is being conducted by NCIS. The respective agents and investigators assigned to this investigation are hereinafter referred to as "the investigative team." The statements in this affidavit are based in part on my investigation of this matter and on information provided by other law enforcement agents.

## PERTINENT FEDERAL CRIMINAL STATUTES

5.  18 U.S.C. § 1470 prohibits activity relating to the transfer of obscene material to minors. The statute states in relevant part:

    a.  Whoever, using the mail or any facility of interstate or foreign commerce, knowingly transfers obscene material to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, or attempts to do so, shall be fined under this title, imprisoned not more than 10 years, or both.

6.  18 U.S.C. § 2251(a) provides any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, shall be punished.

7.  18 U.S.C. § 2252(a)(2) provides that any person who knowingly receives, or distributes, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (B) such visual depiction is of such conduct, shall be punished.

8.  18 U.S.C. § 2252(a)(4)(B) prohibits a person from knowingly possessing, or knowingly accessing with intent to view, one or more books, magazines, periodicals, films, or other materials which contain visual depictions of minors engaged in sexually explicit conduct that have been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed, shipped or transported, by any means including by computer.

## BASIS FOR FACTS CONTAINED IN AFFIDAVIT

9.  Since this affidavit is being submitted only for the limited purpose of securing authorization for a criminal complaint and arrest warrant, your affiant has not included each and every fact known to the investigative team concerning this investigation. Rather, your affiant has set forth only those

2

facts that are believed to be necessary to establish probable cause to arrest the aforementioned individuals.

10. Your affiant has personally participated in the investigation of the offenses described in this affidavit. As a result of your affiant's participation in this investigation and a review of reports made to your affiant by other members of the investigative team, your affiant is familiar with the circumstances of this investigation. On the basis of this familiarity, and on the basis of the other information which I have reviewed and determined to be reliable, your affiant alleges the following:

## FACTS AND CIRCUMSTANCES

11. On August 17, 2021, National Center for Missing and Exploited Children (NCMEC) cyber tip (CT) 90392588 was assigned to me by the Southern Virginia (SOVA) ICAC Task Force. CT 90392588 documented a report from Snapchat, which advised that Snapchat user "darkshadowedday" uploaded four images of suspected prepubescent child pornography on or about May 16-17, 2021. A sample description of one of the images is below:

   a. Image "darkshadowedday-None-44c82e70-6a04-5076-ab0d-8b098f7e7291~15-1e76e3e8c7.jpg" depicts a close up of the buttocks and vagina of a suspected young prepubescent female. She is posing on her hands and knees. There is no pubic hair present.

12. Snapchat, Inc. also provided the following pertinent subscriber information:

   Date of Birth:
   Email Address:
   Screen/User Name: darkshadowedday
   phone number:

13. Law enforcement database searches identified one individual with the last name "Muckelroy," a date of birth of           , and the phone number           .

14. On September 25, 2021, I received a summons return from Sprint for the phone number           . The billing information listed MUCKELROY as the subscriber.

15. On June 24, 2021, an investigator with the Southern Virginia ICAC Task Force, served a subpoena to Cox Communications for IP address 68.15.151.21. This IP address was identified as having been used to access the Snapchat account with the username "darkshadowedday. On August 10, 2021, Cox Communications returned the subpoena and relayed this IP address as being associated with Penn Hall, a Bachelor's Enlisted Quarters on Naval Station Norfolk.

16. Military records revealed that a Travis James MUCKELROY, is an active-duty service member in the U.S. Navy assigned to the USS Gerald R. Ford. The USS Gerald R. Ford is homeported in the Eastern District of Virginia.

17. On August 19, 2021, I discovered a second NCMEC CT, linked to CT 90392588. This CT, documented that the Dropbox account associated with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓" contained multiple videos of suspected child pornography. A description of one video is below:

   a. "Video Dec 28, 9 59 25 PM.mp4" - This video depicts a fully naked pubescent aged female standing in what appears to be a bathtub utilizing a self-recording device. Her breasts appear to be in the early stages of development and there is pubic hair on her pubic/genital area.

18. Dropbox also provided the following pertinent subscriber information:

Screen/User Name: Travis Muckelroy
Email Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
IP Address (login): 2600:8805:1400:1640:fc9e:e1c3:b26a:48c2
Date/time: 03/22/2021 01:42:41 UTC

19. On September 1, 2021, I served a federal search warrant on Snapchat for the contents of the Snapchat account "darkshadowedday." On September 16, 2021, I received the contents of said account. The account contained approximately 62 files of suspected child pornograph, as well as, the following:

20. On October 12, 2020, MUCKELROY was in communication with Snapchat user "▓▓▓▓▓" [the full Snapchat username is redacted to protect the suspected minor's identity]. MUCKELROY asked ▓▓▓ "Are you hard" and ▓▓▓ replied "Yea." MUCKELROY asked "if he could see. MUCKELROY then stated ▓▓▓ was 13 and ▓▓▓ responded that he was.

21. On May 14, 2021, MUCKELROY was in communication with Snapchat user "▓▓▓▓▓". MUCKELROY sent "▓▓▓▓▓" an image of suspected child pornography depicting a suspected prepubescent female minor, naked and squatting down next to a toilet.

22. In or about May 2021, MUCKELROY was in communication with Snapchat user "▓▓▓▓▓" [the full Snapchat username is redacted to protect the suspected minor's identity]. ▓▓▓ claimed to be 14 years old.

23. On May 15, 2021, after ▓▓▓ communicated that she was a 14-year-old female, MUCKELROY sent ▓▓▓ an image depicting an erect penis.

24. May 17, 2021, ▓▓▓ told MUCKELROY that she was touching her genitals. In response MUCKELROY asked ▓▓▓, "can I see?" A few messages later ▓▓▓ sent MUCKELROY two videos depicting a female grabbing her butt cheek exposing her anus and vagina.

25. On May 17, 2021, a Snapchat user "▓▓▓▓▓▓▓" sent an image of suspected child pornography. The image is a collage of three pictures of a suspected minor female. One of photographs in the collage depicts the suspected minor female touching her genitals. Another photograph in the collage depicts the same suspected minor female spreading her legs and exposing her genitals.

26.   On May 17, 2021, MUCKELROY distributed a video of suspected child pornography to Snapchat user "▇▇▇▇▇." The video depicts a suspected prepubescent female laying naked, while performing fellatio on an apparent adult male who is simultaneously penetrating her vagina with an object.

27.   The Snapchat account also contained "selfie" photographs of MUCKELROY. I compared these photographs to MUCKELROY's DMV identification photograph and believe they are of the same individual.

28.   On September 1, 2021, I served a federal search warrant to Dropbox. On September 2, Dropbox responded. A review of the contents of the account revealed folders named "CP One," "cuties," "mine," "Young," and "Youngins." The "Young" folder contained sub-folders entitled "12 and down" and another named "13+."

29.   These folders contained approximately 118 files of suspected child pornography and child erotica. Below is a description of few of the files themselves and their location in the Dropbox account:

   a.   Video "VID-20150709-WA0073.mp4" located in folder "CP One" depicts a video of an apparent adult female bent over at the waist, dancing and thrusting her hips and buttocks, also known as "twerking." A suspected prepubescent toddler with shorts on walks up behind the female and presses his pelvic area up against the female's buttocks. The female also grinds her buttocks up against the suspected minor's front pelvic area.

   b.   Video "5f50cda7-5637-463a-9081-fce1019ad4f2.mp4" located in folder "mine" depicts a suspected prepubescent female laying on her back with her dress pulled up and her legs spread open exposing her genitals. The suspected minor inserts her index finger into her vagina, then removes it. An apparent adult male then touches the minor's genitals and penetrates her vagina with his finger. Toward the end of the video, the male presses and rubs his erect penis up against the minor's vagina.

   c.   Image "757a221d-100e-4558-95c2-1bab209c2c77.jpg" located in folder "Youngins" depicts four suspected prepubescent standing side by side naked.

30.   The Dropbox return also included "Mobile Information." This section documented the IP addresses that were used to log into the account on February 28, 2020, March 21, 2021, and April 8, 2021.

31.   On July 26, 2021, Cox Communications responded to the subpoena for IP address 2600:8805:1400:1640:fc9e:e1c3:b26a:48c2, which was identified as having logged into the Dropbox account associated with ▇▇▇▇▇▇▇▇▇▇▇▇▇. The IP address returned to an individual not MUCKELROY with an address in Norfolk, VA.

32.   On September 21, 2021, I received an email response from Dropbox, Inc. pertaining to a 2703 that was served for the Dropbox account associated with email address

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓." Dropbox advised the request was outside of the preservation window and therefore Dropbox was unable to provide the contents of the account.

33.     Database checks revealed that Travis James Muckelroy resides in Newport News, Virginia.

34.     On October 7, 2021, surveillance was conducted at MUCKLERROYS residence in Newport News. A vehicle registered MUCKELROY was observed parked outside of the residence. MUCKELROY was observed leaning against the vehicle.

## CONCLUSION

35.     Based on the information contained herein, I submit that there is probable cause to believe that violations of 18 U.S.C. §§ 1470 (transfer of obscene material to a minor), 2251(a) (production of visual depictions of minors engaging in sexually explicit conduct), 2252(a)(2) ) (receipt or distribution of images depicting minors engaging in sexually explicit conduct), and 2252(a)(4)(B) (possession of visual depictions of minors engaging in sexually explicit conduct)have been committed by Travis James MUCKELROY.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Lisa Carroll, Special Agent
US Naval Criminal Investigative Service

Sworn and subscribed to before me
On this _____ day of October 2021

_____
United States Magistrate Judge
Norfolk, Virginia