

FILED
IN OPEN COURT

NOV 3 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) Criminal No. 2:21cr *130* |
| v. | ) |
| | ) 18 U.S.C. § 2251(a) |
| **TRAVIS JAMES MUCKELROY,** | ) Production of Visual Depictions of Minors |
| | ) Engaging in Sexually Explicit Conduct |
| Defendant. | ) (Count 1) |
| | ) |
| | ) 18 U.S.C. § 2422(b) |
| | ) Coercion and Enticement of a |
| | ) Minor |
| | ) (Count 2) |
| | ) |
| | ) 18 U.S.C. § 2252(a)(2) |
| | ) Receipt/Distribution of Visual Depictions |
| | ) of Minors Engaging in Sexually Explicit |
| | ) Conduct |
| | ) (Counts 3, 4, 5, 6, and 7) |
| | ) |
| | ) 18 U.S.C. § 2252(a)(4)(B) |
| | ) Possession of Visual Depictions of Minors |
| | ) Engaging in Sexually Explicit Conduct |
| | ) (Counts 8 and 9) |
| | ) |
| | ) 18 U.S.C. § 2253 |
| | ) Criminal Forfeiture |

## INDICTMENT
November 2021 Term -- At Norfolk, Virginia

### COUNT ONE

(Production of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

THE GRAND JURY CHARGES THAT:

On or about September 27, 2021, in the Eastern District of Virginia, the defendant, TRAVIS JAMES MUCKELROY, did, knowingly employ, use, persuade, induce, entice, and coerce, Jane Doe 1, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and

foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction had actually been transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate commerce.

(In violation of Title 18, United States Code, Section 2251(a).)

## COUNT TWO

(Coercion and Enticement of a Minor)

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about September 27, 2021, and on or about October 1, 2021, in the Eastern District of Virginia, the defendant, TRAVIS JAMES MUCKELROY, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce Jane Doe 1, an individual who had not attained the age of 18, to engage in sexual activity for which a person can be charged with a criminal offense, namely Section 18.2-370 of the Code of Virginia.

(In violation of Title 18, United States Code, Section 2422(b).)

## COUNT THREE

(Receipt of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 18, 2021, in the Eastern District of Virginia, the defendant, TRAVIS JAMES MUCKELROY, did knowingly receive and attempt to receive one or more visual depictions using a means and facility of interstate and foreign commerce, and which visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such visual depictions are of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(2).)

## COUNT FOUR

(Receipt of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 17, 2021, in the Eastern District of Virginia, the defendant, TRAVIS JAMES MUCKELROY, did knowingly receive and attempt to receive one or more visual depictions using a means and facility of interstate and foreign commerce, and which visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such visual depictions are of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(2).)

## COUNT FIVE

(Distribution of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 13, 2021, in the Eastern District of Virginia, the defendant, TRAVIS JAMES MUCKELROY, did knowingly distribute and attempt to distribute one or more visual depictions using any means and facility of interstate and foreign commerce, and which visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such visuals depictions are of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(2).)

## COUNT SIX

(Distribution of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 17, 2021, in the Eastern District of Virginia, the defendant, TRAVIS JAMES MUCKELROY, did knowingly distribute and attempt to distribute one or more visual depictions, using any means and facility of interstate and foreign commerce, and which visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such visual depictions are of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(2).)

## **COUNT SEVEN**

(Distribution of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 29, 2021, in the Eastern District of Virginia, the defendant, TRAVIS JAMES MUCKELROY, did knowingly distribute and attempt to distribute one or more visual depictions, using any means and facility of interstate and foreign commerce, and which visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such visual depictions are of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(2).)

## **COUNT EIGHT**

(Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 14, 2021, in the Eastern District of Virginia, the defendant, TRAVIS JAMES MUCKELROY, did knowingly possess a Samsung Cellular Telephone, which was manufactured outside the Commonwealth of Virginia, and which contained a visual depiction of a minor engaging in sexually explicit conduct using any means and facility of interstate and foreign commerce, and which visual depiction had been mailed and had been so shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed, shipped, and transported so shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor, including a prepubescent minor and a minor who had not yet attained the 12 years of age, engaging in sexually explicit conduct, and such visual depiction is of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B).)

## COUNT NINE

THE GRAND JURY FURTHER CHRAGES THAT:

On or about April 8, 2021, in the Eastern District of Virginia, the defendant, TRAVIS JAMES MUCKELROY, did knowingly access with intent to view at least one matter, found in the Dropbox account associated with the username TRAVIS MUCKELROY, which contained a visual depiction that had been mailed, and had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and that such visual depiction was of such conduct.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B).)

## **CRIMINAL FORFEITURE**

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

A.  Defendant TRAVIS JAMES MUCKELROY, upon conviction of either of the offenses charged in Counts One and Three of this Indictment, as part of the sentencing of the defendant pursuant to Fed.R.Crim.P. 32.2, shall forfeit to the United States:

1.  Any and all matter which contains child pornography or any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 produced, transported, mailed, shipped, distributed or received in violation of Title 18, United States Code, Section 2251 *et seq.*;

2.  Any and all property, real and personal, used or intended to be used in any manner or part to commit or to promote the commission of violations of Title 18, United States Code, Section 2251 *et seq.*, and any property traceable to such property; and

3.  Any and all property, real and personal, constituting, derived from, or traceable to gross profits or other proceeds obtained from the violations of Title 18, United States Code, Section 2251 *et seq.*.

B.  Defendant TRAVIS JAMES MUCKELROY, upon conviction of the offense charged in Count Two of this Indictment, as part of the sentencing of the defendant pursuant to Fed.R.Crim.P. 32.2, shall forfeit to the United States:

1.  Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the violation; and

2.  Any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violation.

C.  Defendant TRAVIS JAMES MUCKELROY, upon conviction of the offense

11

charged in Count Four of this Indictment, as part of the sentencing of the defendant pursuant to Fed.R.Crim.P. 32.2, shall forfeit to the United States:

    1. Any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 1460 *et seq.*;

    2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violation; and

    3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the violation.

    D.    If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

    E.    The property subject to forfeiture includes, but is not limited to, the following items:

1. Samsung Cellular Telephone.

(All pursuant to Title 18, United States Code, Sections 1467(a), 2253 and 2428; and Title 21, United States Code, Section 853(p).)

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

*United States v. Muckelroy*, 2:21cr130

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Matthew J. Heck
Special Assistant United States Attorney
United States Attorney's Office
World Trade Center, Suite 8000
101 W. Main Street
Norfolk, Virginia 23510
Office Number: 757-441-6331
Fax Number: 757-441-6689
E-Mail Address – matthew.heck@usdoj.gov