IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:21-cr-130 |
| TRAVIS JAMES MUCKELROY, | |
| DEFENDANT. | |

## STATEMENT OF FACTS

The United States and, TRAVIS JAMES MUCKELROY (hereinafter, "MUCKELROY"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On August 17, 2021, a National Center for Missing and Exploited Children (NCMEC) cyber tip was assigned to a Special Agent with the Naval Criminal Investigative Service (NCIS) by the Southern Virginia (SOVA) ICAC Task Force. The cyber tip documented a report from Snapchat Inc., which advised that Snapchat user "darkshadowedday" uploaded four images of suspected child pornography on or about May 16-17, 2021.

2. Law enforcement reviewed the images and determined that in their training and experience the images depicted minors engaging in sexually explicit conduct.

3. Snapchat, Inc. also provided subscriber information. The listed date of birth, email address, and phone number all match those of MUCKELROY.

4. Through database searches of the subscriber information NCIS was able to identify MUCKELROY as a target of the investigation.

1



5. A summons return from Sprint for the phone number associated with the above-mentioned Snapchat account listed MUCKELROY as the subscriber.

6. On August 19, 2021, NCIS discovered a second NCMEC cyber tip, associated with MUCKERLROY. This cyber tip documented that the Dropbox account associated with "muckelroyt@XXXXX.com" contained multiple videos of suspected child pornography. A Special Agent with NCIS reviewed the images and in their training and experience determined the videos depicted minors engaging in sexually explicit conduct. A description of one such video is below:

    a. "Video Dec 28, 9 59 25 PM.mp4" - This video depicts a fully naked pubescent aged female standing in what appears to be a bathtub utilizing a self-recording device. Her breasts appear to be in the early stages of development and there is pubic hair on her pubic/genital area.

7. Dropbox also provided the account listed the username as Travis Muckelroy.

8. On September 1, 2021, law enforcement served a federal search warrant on Snapchat Inc., for the contents of the Snapchat account "darkshadowedday." Law enforcement reviewed the account and discovered approximately 62 files of suspected child pornography.

9. The account also contained conversations wherein the defendant would distribute and receive images depicting minors engaging in sexually explicit conduct, as well as communications with suspected minors wherein MUCKELROY would solicit nude photographs.

10. On April 6, 2021, MUCKELROY communicated with Snapchat user Katie_XXX4291 via his Snapchat account "darkshadowedday." Based on their conversation law enforcement believed the user was a potential minor. During their conversation MUCKELROY asked "can I see your pussy."

11. The Snapchat account also contained "selfie" photographs of MUCKELROY. Law enforcement compared these photographs to MUCKELROY's DMV identification photograph and believed they were of the same individual.

12. On September 1, 2021, law enforcement also served a federal search warrant to Dropbox. Dropbox responded and law enforcement reviewed the contents of the account, which revealed folders named "CP One," "cuties," "mine," "Young," and "Youngins." The "Young" folder contained sub-folders entitled "12 and down" and another named "13+."

13. These folders contained approximately 118 files of suspected child pornography and child erotica. Below is a description of one such file and its location in the Dropbox account:

   a. Video "5f50cda7-5637-463a-9081-fce1019ad4f2.mp4" located in folder "mine" depicts a suspected prepubescent female laying on her back with her dress pulled up and her legs spread open exposing her genitals. The suspected minor inserts her index finger into her vagina, then removes it. An apparent adult male then touches the minor's genitals and penetrates her vagina with his finger. Toward the end of the video, the male presses and rubs his erect penis up against the minor's vagina.

14. The Dropbox return also included "Mobile Information." This section documented the IP addresses that were used to log into the account on February 28, 2020, March 21, 2021, and April 8, 2021. Dropbox logged a mobile IP address associated with a mobile device identified as a Samsung Galaxy 10e. On March 21, 2021, and April 8, 2021, Dropbox logged a mobile IP address associated with a mobile device identified as a Samsung Galaxy S10. Both of these devices are cellular phones.

15. On October 14, 2021, MUCKELROY was arrested pursuant to a federal arrest warrant. After being advised of his Miranda rights, MUCKELROY agreed to speak with law enforcement. During his interview, MUCKELROY acknowledged the Snapchat account

KLK
JJM

"darkshadowedday" was his and that he used it to communicate with minors and to send/receive child pornography.

16. MUCKELROY relayed that he had a new Snapchat account utilizing the username "outcast_misfit" which he used to communicate with minors and receive images of child pornography. MUCKELROY identified a Snapchat account associated with Jane Doe 1 as one such account. MUCKELROY stated that he had communicated with Jane Doe 1, who he believed to be a 14-year-old girl, over the previous two weeks and she had sent him a video of a girl masturbating with a yellow toothbrush. The video was identified on MUCKELROY's cellphone.

17. Law enforcement reviewed the video and it depicts a suspected minor female inserting a yellow toothbrush into her vagina.

18. On October 18, 2021, JANE DOE 1 was located and forensically interviewed. Jane Doe 1 is a 13-year-old girl. JANE DOE 1 acknowledged communications with MUCKELROY. JANE DOE 1 identified herself as the girl in the video that MUCKELROY said he received from Jane Doe 1 and confirmed she had sent it to MUCKELROY's Snapchat account.

19. On October 14, when MUCKELROY was arrested his cellular phone was seized and searched pursuant to a federal search warrant. The device is a Samsung cellular telephone. It was manufactured outside of the Eastern District of Virginia. A forensic examination of the cellular phone revealed that 70 pictures and 23 movies of child pornography were saved to the device. In addition, it revealed that MUCKELROY utilized the social media applications Wickr, Kik, and Snapchat to send and receive images depicting minors engaging in sexually explicit conduct.

20. In addition, conversations from the Snapchat account associated with the user ID "outcast_misfit" were recovered. From on or about September 27, 2021 to on or about October 7, 2021, the defendant communicated with Jane Doe 1 via his Snapchat account. Below is a portion of the conversation from the conversation between MUCKELROY and Jane Doe 1:

MUCKELROY: Can I see you finger?

Jane Doe 1: oh yeah it has hair on it

MUCKELROY: I'm ok with that

Jane Doe 1: Would you have sex with me. Hehe. Pp.

MUCKELROY: Yes

Jane Doe 1: hehe. Really?

MUCKELROY: Yea. Can I see you finger?

21. Later in the conversation, on or about September 27, 2021, MUCKELROY says, "can you do it again and then show me your boobs too. You made my pp so hard for you." In response Jane Doe 1 sent the video depicting her inserting a yellow toothbrush into her vagina.

22. Jane Doe 1 sent this video via the Snapchat application, which utilizes the internet. The Internet is an interconnected network of computers with which one communicates when on-line, and that network crosses state and national borders.

23. NCIS later identified the Snapchat user "Katie_XXXX4291" as Jane Doe 2, a 12-year-old girl. Jane Doe 2 was located and forensically interviewed. She relayed that MUCKELROY asked her for a video of her fingering herself. Jane Doe 2 stated that she sent MUCKELROY a picture of her vagina. Jane Doe 2 sent the picture via the Snapchat application, which utilizes the internet.

24. MUCKERLOY admits and the evidence substantiates that between on or about September 27, 2021, and on or about October 1, 2021, in the Eastern District of Virginia, the defendant, TRAVIS JAMES MUCKELROY, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce Jane Doe 1, an individual who had not attained the age of 18, to engage in sexual activity for which a person can be charged with a criminal offense, namely Section 18.2-370 of the Code of Virginia.

25. Section 18.2-370 of the Code of Virginia prohibits any person 18 years of age or over, who, with lascivious intent, knowingly and intentionally commits any of the following acts with any child under the age of 15 years: (1) propose that any such child expose his or her genital parts to such person; or (2) propose that any such child feel or fondle his own sexual or genital parts or the sexual or genital parts of such person.

26. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

27. The actions of the defendant, as recounted above, were in all respects knowing, deliberate, and intentional, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: ~~February 1, 2022~~ May 25, 2022          By: _____
Matthew J. Heck
Special Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, TRAVIS JAMES MUCKELROY, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
TRAVIS JAMES MUCKELROY

I am Keith Kimball, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Keith Kimball., Esq.
Attorney for TRAVIS JAMES MUCKELROY