DEFENDANT'S EXHIBIT 1

Dear Judge Smith,

What I did was very wrong and I am ashamed for what I did. This is not where I saw myself in life and I regret my decisions of ever involving myself in this. I look at myself in the mirror and I do not recognize the reflection of the person staring back at me. I know that the damage I have caused in the lives of those I have affected with this can never fully be repaired. I know that simply saying, "I'm sorry" is not enough. I can't begin to express the amount of hatred I hold against myself for what I did. I don't want to see this as my life is over rather I would like to see this as a chance to start my life over. Because of my actions my life after this will never be what some might call "normal" again and I am ready to deal with that. I will carry the shadow of my choices around with me for the rest of my life. I also understand there will be many conditions I will have to follow and restrictions of things I can and can not do and I accept that. It is my hope that one day I can return to life and become a functional member of society. There are times even now that I am terrified of what my future will hold in store for me. I want to do anything that I have to do to make sure this never happens again. Your honor I have let down and hurt a lot of people with the choices I have made and I don't ever want to do that again. I don't [want] people to see me as the person I was in the past. I want them to see me for what I can do with my future. I will work hard everyday to show you and everyone I have affected with this the person I can truly be in life. I know that some people would take the opportunity and leave it to wash away. I would take the opportunity given to me and show that I can change. Everyday that goes by I learn more about who I want to be on the outside. I want to go back to being a son, a brother, and a friend. I want to go back to working each day and feel like my life has purpose to it. I don't want what I did to define me as a person. I know I can still become a good person. Somebody once told me this "we are not bad people, just regular people who have made bad choices in life." I feel like this holds true for me. I still have time to make things right in life and I want the chance to do

that. I know that if given the opportunity to start over I will never again be the person I was before or do the horrible things I did.

Sincerely,

Travis Muckelroy

Dear Judge Smith,

What I did was very wrong and I am ashamed for what I did. This is not where I saw myself in life and I regret my decisions of ever involving myself in this. I look at myself in the mirror and I do not recognize the reflection of the person staring back at me. I know that the damage I have caused in the lives of those I have affected with this can never fully be repaired. I know that simply saying "I'm sorry" is not enough. I can't begin to express the amount of hatred I hold against myself for what I did. I don't want to see this as my life is over rather I would like to see this as a chance to start my life over. Because of my actions my life after this will never be what some might call "normal" again and I am ready to deal with that. I will carry the shadow of my choices around with me for the rest of my life. I also understand there will be many conditions I will have to follow and restrictions of things I can and can not do and I accept that. It is my hope that one day I can return to life and become a functional member of society. There are times even now that I am terrified of what my future will hold in store for me. I want to do anything that I have to do to make sure this never happens again. Your honor I have let down and hurt a lot of people with the choices I have made and I don't ever want to do that again. I don't people to see me as the person I was in the past. I want them to see me for what I can do with my future I will work hard everyday to show you and everyone I have affected with this the person I can truly be in life. I know that some people would take the opportunity and leave it to wash away. I would take the opportunity given to me and show that I can change. Everyday that goes by I learn more about who I want to be on the outside. I want to go back to being a son, a brother, and a friend. I want to go back to working each day and feel like my life has purpose to it. I don't want what I did to define me as a person. I know I can still become a good person. Somebody once told me this "we are not bad people, just regular people who have made bad choices in life." I feel like this holds true for me. I still have time to make things right in life and I want the chance to do that. I know that if given the opportunity to start over I will never again be the person I was before or do the horrible things I did.

Sincerly,

Travis Muckelroy