CUI

## U.S. NAVAL CRIMINAL INVESTIGATIVE SERVICE

INVESTIGATIVE ACTION                                            24NOV21

CONTROL: █████████████████████

█████████████████████████████████
█████████████████████████

RESULTS OF DIGITAL FORENSIC EXAMINATION

SUMMARY
1. Between 28Oct21 and 25Nov21, Digital Forensic Examiner (DFE) Rex L. GRAY, NCIS Cyber Operations Field Office, Norfolk, VA, conducted a digital forensic examination of seized digital media belonging to S/MUCKELROY.  DFE GRAY located and extracted a total of 493 image files and 1 video file containing suspected child sexual abuse material (CSAM) from the devices seized from S/MUCKELROY's residence in Newport News, VA. The examination of all other seized digital media did not reveal any data or files associated with the possession, manufacturing, and/or distribution of CSAM.



PAGE   1

WARNING:
THIS DOCUMENT IS THE PROPERTY OF THE NAVAL CRIMINAL INVESTIGATIVE SERVICE
CONTENTS MAY BE DISCLOSED ONLY TO PERSONS WHOSE OFFICIAL DUTIES REQUIRE
ACCESS HERETO. CONTENTS MAY NOT BE DISCLOSED TO THE PARTY(S) CONCERNED
WITHOUT SPECIFIC AUTHORIZATION FROM THE NAVAL CRIMINAL INVESTIGATIVE SERVICE.

USAO_000334

CUI