The **Snapchat** application was installed and associated with the username *Outcast_misfit*; email address ▮▮▮▮▮▮▮▮▮▮▮▮ Birthday ▮▮▮▮▮; mobile Number ▮▮▮▮▮▮▮. A report can be viewed ▮▮▮

| | | |
|---|---|---|
| Screen Name: ▮▮▮▮<br>Username: ▮▮▮▮▮ | July 9, 2021 | (S): Hey<br>     Omegle<br><br>(S): Hey you there<br>(R): yeah hey<br>(S): Wyd<br>(R): Nonnnn<br>(S): Can I see a Pic of you<br>(R): Sure *sends picture*<br>(S): Damn you cute<br>(R): TYY<br>     Send a pic of you<br>(S): *Sends picture*<br>(S): So you're 13 |
| Screen Name: ▮▮▮▮▮▮<br>Username: ▮▮▮▮▮▮ | August 13th 2021 | (R): Hello<br>(S) Hey so you're 15<br>(R) yeah<br>(S) Can I see a Pic of you<br>    Cute<br>(R) Thanks<br>(S) Are you a virgin<br>(R) Yeah<br>(S) Ever sent nudes<br>(R) No never wanted to<br>(S) Would you let me see anything<br>(R) I don't like my body<br>(S) Why not<br>(R) Because I have no curve or anything just a butt<br>(S) I'd still love to see your body<br>    You have a very nice body<br>    Is your pussy hairy or do you shave<br>    You don't shave<br>(R) I do<br>(S) Oh ok. What would you say if 8 sent you a Pic of my cock<br>   *I<br>(R) I don't know I would have to see it |