

The **KIK** messaging service was installed and associated with the KIK user name *ShadowedDayz*, email address ▮▮▮▮▮▮▮ and name *T M*. Two chats were identified and can be seen below; reports can be viewed ▮

| Screen Name: ▮▮▮ Username: ▮▮▮▮▮ | August 29, 2021 | (S) Hey<br>(R) Hello<br>(S) Got stuff to trade<br>(R) Some<br>(S) Pics vids or both<br>(R) Vids on a link<br>(S) Send me the link I'll send you some pics and vids<br>(R) https://mega.nz/folder/hZoChC4Z#zxdNULEs6260nvgt9Yj-BA<br>    Did you get it? |
|---|---|---|

(S) yeah gimme a sec looking through it
(R) Ok
(S) * 1  CP Movie*
(S) * 2 CP Images, 1 CE image*
(R) Nice
(S) *3 CP images, 1 CE image*
(S) * 1 CP Movie
(R) Oh my
(S) What
(R) Nice
(S) The girl with the pink top in the first set I sent you Ive fucked
(R) Really
(R) How old
(R) Great Little ass
(R) https://www.dropbox.com/sh/ccaldq3ldt29vpw/AAD29eWNGxkwNtwnDbC5hw3sa?dl=0
(R) Anymore of her ?
(R) https://www.dropbox.com/sh/ptnhfy7jf5uy5ih/AAB4K135urfjins5d_LAZvnJa?dl=0&lst=
(S) Got anything that's all young?
(R) Sending you as I get them
(S) OK
(R) Anymore of the girl in pink would love to see nude
(R) How old is she
(S) She's 14 now and no more pics that was a one time thing
(R) Damn
   I bet it was great
(S) It was
(S) She had a friend there who at the time was 12 and she was like fat but I still fucked her
(S) She was about 175lbs
(R) Damn 2 for one
(S) The fat girl I still fuck but I've never gotten pics of her
(R) Damn
   How old is she now ?
(S) 15
   I cum in her every time
(R) Would love to do one 12 to 15
(S) Thankfully she is on the pill

(R) She have nice tits
(S) Yea
    She wants me to get her pregnant
(R) Nah just practice lol
(S) She's got a cute little sister
    Fat but cute
(R) How old is she ?
(S) 10
    And about 180lbs
(R) Wow
    They are bigger girls
(S) I ate the sisters pussy
(R) Nice
    Did she know
(S) Yeah
    Her pussy tastes amazing
(R) You have all the fun
(S) How do you feel about trans girls
    Like with tits and a dick
(R) Dunno
(S) Cause I've been talking to one that's 16 and face and body looks good
(R) Really
    Nice tits
(S) C cups
(R) Sounds nice do they look good
(S) Like I kinda wanna fuck her
(R) ☺ Where do you talk to her at ?
(S) Omegle
(R) How do you find her all the time ?
(S) I have her sc
(R) OK ;)
    Would like to see lol
    Thought maybe she was on here
(S) Her cock is pretty big too
(R) That's crazy
(S) Yeah
    Thick and 6 inches
(R) Hmm
(S) I just asked her if she was awake
(R) Nice
    I would watch her
(S) I've played with her cock in front of her parents
(R) Really and they said nothing
(S) They didn't realize

|  |  | (R) Nice<br>(S) She came too<br>(R) Nice I wondered if they could<br>(S) She's coming over rn<br>(R) No way<br>   Lucky ass<br>   Lol<br>(S) She said she was jerking when I hit her up so it was perfect<br>(R) nice<br>   Wish I could see<br>   ☹<br>(S) She's a switch too so she does bottom and top<br>(R) Hmm interesting<br>(S) Yeah<br>   Might let her fuck me once<br>(R) What ?<br>(S) Might let her fuck me<br>(R) ;)<br>   When will she get there ?<br>(S) In about 30 minutes<br>(R) Ok<br>(S) Yeah<br>   She's wearing a crop top no bra and a mini skirt and a hot pink thing<br>(R) ☺ ☺<br>(S) She made me hard<br>(R) I bet<br>(S) I've already told her that we're fucking all night tonight and all day tomorrow<br>(R) Lol<br>   How old of a friend ?<br>(S) Trans and 12<br>(R) No way<br>   I want pics<br>(S) If I can idk if they'll let me<br>(R) Sure they will<br>(S) Idk<br>(R) Would love to see<br>   😂😂☺<br>(S) So sadly they said no pics<br>(R) Of corse damn<br>   Wanted to jerk off and watch them<br>(S) I'll Give you every detail |
|---|---|---|